UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY, | No. 2:25-cv-2842 CKD P |
| Petitioner, | |
| v. | ORDER |
| J. WALKER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is presently incarcerated at R.J. Donavan Correctional Facility in San Diego County. He is serving a sentence for a conviction from the Los Angeles County Superior Court. The general rule regarding habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). Because any witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County, id. at 499 n.15; 28 U.S.C. § 2241(d), this action will be transferred to the United States District Court for the Central District of California.

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2  transferred to the United States District Court for the Central District of California.
3  Dated: October 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
mcki2842.108a